IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00128-MOC-WCM

| | |
|---|---|
| SHARON MCREE, *individually and on behalf of a class of similarly situated individuals*,<br><br>Plaintiff,<br>v.<br><br>HCA HEALTHCARE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  ORDER<br>)<br>)<br>)<br>) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Phillip Jackson. The Motion indicates that Mr. Jackson, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Devin J. Dunkley, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Devin J. Dunkley to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 20, 2024

W. Carleton Metcalf
United States Magistrate Judge