IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

SHARON MCREE on behalf of herself and all others similarly situated,

Plaintiff,

v.

CarePartners HHA, LLLP, CarePartners Rehab Hospital, LLC, MH Angel Medical Center, LLLP, MH Asheville Specialty Hospital, LLC, MH Blue Ridge Medical Center, LLLP, MH Eckerd Living Center, LLLP, MH Highlands-Cashiers Medical Center, LLLP, MH Hospital Manager, LLC, MH Mission Hospital McDowell, LLLP, MH Mission Hospital, LLLP, MH Mission Imaging, LLLP, MH Transylvania Regional Hospital, LLLP, Mission Health Community Multispecialty Providers, LLC, and Mission Health Partners, LLC,

Defendants.

Case No. 1:24-cv-00128-MOC-WCM

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Named Plaintiff Sharon McRee, together with Opt-in Plaintiffs David Stephens, Raul Amaro, and Primaldeep Stephens (together "Plaintiffs"), by and through their undersigned counsel, on behalf of themselves and all other similarly situated individuals, respectfully move for entry of an order: (1) granting Preliminary Approval of the Settlement; (2) certifying the proposed Settlement Class for settlement purposes under Federal Rule of Civil Procedure Rules

23(a) and 23(b)(3); (3) appointing Named Plaintiff as Class Representative; (4) approving the Notice Program set forth in the Settlement and the form and content of the Notices; (5) approving and ordering the opt-out and objection procedures set forth in the Settlement; (6) staying all deadlines in the Action pending Final Approval of the Settlement; (7) appointing as Class Counsel the law firms and attorneys identified herein; (8) appointing RG2 Claims Administration as the Settlement Claims Administrator, and (9) scheduling a Final Approval Hearing.

This Motion is based on the accompanying Memorandum of Law, and the Declarations of Plaintiffs' counsel attached thereto. The relief Plaintiffs seek is appropriate for the reasons discussed in the attached Memorandum of Law.

A proposed order is attached hereto as Exhibit A.

Dated: November 25, 2025

/s/ Seth R. Lesser
Seth R. Lesser*
Christopher Timmel*
Sarah E. Sears*
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200

Joseph F. Scott*
Ryan A. Winters*
Kevin M. McDermott II*
SCOTT & WINTERS LAW FIRM, LLC
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
Telephone: (216) 912-2221

Matthew E. Lee, N.C. Bar No. 35405
Jeremy R. Williams, N.C. Bar No. 48162
Katharine Batchelor, N.C. Bar No. 58261
LEE SEGUI, PLLC
900 W. Morgan Street
Raleigh, NC 27603

Telephone: (919) 600-5000

*Attorneys for Plaintiff, Proposed FLSA Collective Action Plaintiffs, and Proposed Fed. R. Civ. P. 23 Class Counsel*

\* Proceeding *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2025, a true and accurate copy of the foregoing Notice of Motion was served via ECF upon the following counsel of record:

Robert E. Boston (admitted *pro hac vice*)
Mark W. Peters (admitted *pro hac vice*)
Frederick L. Conrad III (admitted *pro hac vice*)
Devin J. Dunkley (admitted *pro hac vice*)
**HOLLAND AND KNIGHT LLP**
Nashville City Center 511
Union Street, Suite 2700
Nashville, TN 37219-8966
Telephone: (615) 244-6380
Fax: (615) 244-6804
Bob.Boston@hklaw.com
MarkWPeters@hklaw.com
Trip.Conrad@hklaw.com
Devin.Dunkley@hklaw.com

Phillip T. Jackson (#21134)
Cindy M. Rice (#31758)
David C. Hawisher (#55502)
**ROBERTS & STEVENS, P.A.**
P.O. Box 7647
Asheville, NC 28802
Telephone: (828) 252-6600
Fax: (828) 253-7200
pjackson@roberts-stevens.com
crice@roberts-stevens.com
dhawisher@roberts-stevens.com

*Attorneys for Defendant HCA Healthcare, Inc.*

                                      */s/ Seth R. Lesser*